UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __08-715M__

2) Defendant's Name: __Edwards__ __Kevin__ _____
   (Last)  (First)  (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __X__ Yes ___No   Date/Time: __8/20/08__

10) Detention Hearing Held: __✓__ Bail set at: _____ ROR Entered: ___ POD Entered: __✓__

11) Temporary Order of Detention Entered: __✗__ Bail Hearing set for: ~~illegible~~

12) (a) Preliminary Hearing set for: __9/3 @ 11:00 am__; or waived: _____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Todd Kaminsky__

14) DEFENSE COUNSEL'S NAME: __Steve Zissou__
    Address: _____
    Bar Code: _____ CJA: __X__ FDNY: ___ RET: ___
    Telephone Number: (___) _____

15) LOG #: __(3:35 - 3:40)__   MAG. JUDGE: __Reyes__

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE